1 Matthew Mellen (SBN: 233350)
Jessica Galletta (SBN: 281179)
2 MELLEN LAW FIRM
3 One Embarcadero Center, Fifth Floor
San Francisco, California 94111
4 Telephone: (415) 315-1653
Facsimile: (415) 276-1902
5 Attorneys for Plaintiff,
MICHAEL CAGLE and ANNA CAGLE
6

7 WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
8 Todd E. Chvat, Esq., SBN 238282
Kristina M. Pelletier, Esq. SBN 279533
9 4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
10 Tel: (949) 477-5050; Fax: (949) 477-9200
11 kpelletier@wrightlegal.net
Attorneys for Defendants,
12 OCWEN LOAN SERVICING, LLC; and HSBC BANK USA, NATIONAL ASSOCIATION, AS
TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES
13 2007-OA3 (erroneously sued as "HSBC BANK, USA")

```
IT IS SO ORDERED. Entire Case is
Dismissed without Prejudice.
Dated: 4/19/2017
```
*Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CAGLE, an individual, and ANNA CAGLE, an individual<br><br>　　　　Plaintiffs,<br>　　v.<br><br>OCWEN LOAN SERVICING, LLC, a business entity; HSBC BANK, USA, a business entity and Does 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.: 3:16-cv-06187-MEJ<br><br>[*Assigned to the Hon. Maria-Elena James*]<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION <u>WITHOUT PREJUDICE</u>**<br><br>**[FRCP, Rule 41(a)(1)(A)(ii)]**<br><br><br>Compl. Filed: September 23, 2016<br>Trial Date: None Set |

3:16-cv-06187-MEJ
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS, IF ANY:**

**PLEASE TAKE NOTICE** that Plaintiffs MICHAEL CAGLE and ANNA CAGLE ("Plaintiffs"), and Defendants OCWEN LOAN SERVICING, LLC and HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA3 (erroneously sued as "HSBC BANK, USA"), (collectively "Defendants") by and through their counsel of record, hereby stipulate and agree as follows:

**1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to immediately dismiss, <u>without prejudice</u>, the above-captioned action in its entirety and as to all parties.**

<u>IT IS SO STIPULATED.</u>

Dated: April 19, 2017                                          MELLEN LAW FIRM

                                                      By:    /s/ Jessica Galletta
                                                             Jessica Galletta, Esq.
                                                             Counsel for Plaintiffs,
                                                             MICHAEL CAGLE; and
                                                             ANNA CAGLE

Dated: April 19, 2017                                          WRIGHT FINLAY & ZAK

                                                      By:    /s/ Kristina M. Pelletier
                                                             Kristina M. Pelletier, Esq,
                                                             Counsel for Defendants,
                                                             OCWEN LOAN SERVICING, LLC;
                                                             and HSBC BANK USA, NATIONAL
                                                             ASSOCIATION, AS TRUSTEE FOR
                                                             DEUTSCHE ALT-A SECURITIES
                                                             MORTGAGE LOAN TRUST, SERIES 2007-
                                                             OA3

2                                                                                3:16-cv-06187-MEJ
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

# PROOF OF SERVICE

I, Iryna Brown, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On April 19, 2017, I served the following document(s) described as **STIPULATION FOR DISMISSAL OF ENTIRE ACTION <u>WITHOUT PREJUDICE</u>**

on all interested parties in this action as follows:
[ ] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Mathew Mellen, Esq.
Jessica Galletta, Esq.
Mellen Law Firm
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Tel: 415-315-1653
Fax: 415-276-1902
Email: email@mellenlawfirm.com
[Attorney for Plaintiffs, Michael Cagle and Anne Cagle]

[ ] (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ] (BY FEDEX OVERNIGHT- NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by FedEx Overnight with the delivery fees provided for.

[X] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 19, 2017, at Newport Beach, California.

_____
Iryna Brown

1
**PROOF OF SERVICE**